

**BELLAVIA BLATT, P.C.**
ATTORNEYS AT LAW

200 Old Country Road, Suite 400, Mineola, New York 11501
T: (516) 873-3000  F: (516) 873-9032

December 8, 2023

**VIA ECF**

Hon. Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Bellavia v. Pennsylvania Higher Education Assistance Agency d/b/a American Education Services*, 2:23-cv-02825-HG

Dear Judge Gonzalez:

This firm represents the Plaintiff, Leonard Bellavia, in the above-referenced matter. We submit this status report in accordance with the Court's directive. Since our last report, Plaintiff has executed the settlement agreement. Counsel for Defendant Pennsylvania Higher Education Assistance Agency, which is a quasi-governmental entity and instrumentality of the Commonwealth of Pennsylvania, advises that the office of the Pennsylvania Attorney General has not yet executed the agreement on behalf of the Defendant. Thank you.

Respectfully submitted,

Steven H. Blatt
sblatt@dealerlaw.com

cc: All counsel of record (via ECF)