IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARD BELLAVIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION<br>ASSISTANCE AGENCY d/b/a<br>AMERICAN EDUCATION SERVICES,<br><br>　　　　　Defendant. | Civil Action No.<br><br>2:23-cv-02825-HG |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS the parties have executed a settlement agreement,

IT IS HEREBY STIPULATED, AGREED, AND CONSENTED TO that this action is dismissed with prejudice.

DATED:

1/3/24

By: *Leonard Bellavia*
Leonard A. Bellavia, Esq.
Attorneys for Plaintiff
Bellavia Blatt, P.C.
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000 Fax (516) 837-9032
lbellavia@dealerlaw.com

DATED:

By: _____
Adam B. Michaels, Esq.
Hand Baldachin & Associates LLP
Attorneys for Defendant
1740 Broadway, 15th Floor
New York, NY 10019
(212) 956-9508 Fax (212) 376-6080
amichaels@hballp.com

1